IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

JUL 11 2017

Clerk, U S Courts
District Of Montana
Great Falls Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-72-GF-BMM |
| Plaintiff, | **ORDER** |
| vs. | |
| HARVEY AUGUSTUS SURE CHIEF, | |
| Defendant. | |

This case was referred to United States Magistrate Judge John Johnston for

a revocation hearing and findings and recommendations. Judge Johnston entered

his findings and recommendations on June 21, 2017. Defendant admitted that he

had violated the conditions of his supervised release by submitting a urine sample

that tested positive for methamphetamine, marijuana and alcohol. Judge Johnston

found the admission sufficient to establish the supervised release violation. Judge

Johnston recommended that this Court revoke Defendant's supervised release and

commit him to the custody of the United States Bureau of Prisons for a term of

imprisonment of five months, with 28 months of supervised release to follow.

No objections were filed by either party. Judge Johnston's findings

and recommendations are therefore reviewed for clear error. *McDonnell*

*Douglas Corp. Commodore Bus. Mach, Inc.,* 656 F.2d 1309, 1319 (9th Cir.

1981).

This Court agrees with Judge Johnston's findings. Defendant admitted that he had violated the conditions of his supervised release. Defendant could be incarcerated for up to 24 months, followed by 33 months of supervised release less any custody time imposed. The United States Sentencing Guidelines call for a term of imprisonment of three to nine months. A sentence of five months in custody, followed by 28 months of supervised release is appropriate. The sentence is sufficient but not greater than necessary.

IT IS ORDERED that Judge Johnston's Findings and Recommendations (Doc. 60) are ADOPTED in full and Judgment shall be entered accordingly.

DATED this 11th day of July, 2017.

Brian Morris
United States District Court Judge